John Kukulski, appellee, v. Gustav M. Zahrzewski, appellant. Gen. No. 36,046.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932.

L. A. Sherwin, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Edward S. Barber and Mabel J. Barber, appellees, v. Fannie Appel and Barney Appel, appellants. Gen. No. 36,080.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932.

Samuel Blair, for appellants. Holland F. FlaHavhan, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

Emmett J. Leahy, appellee, v. M. A. Gold, appellant. Gen. No. 36,113.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932.

Charles Liebman, for appellant. Maurice J. Green, for appellee; Philip Appel, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Meeker-Magner Company and/or General Accident Fire & Life Assurance Corporation, appellees, v. Barnes Metal Products Company, appellant. Gen. No. 36,122.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932.

Follansbee, Shorey & Schupp, for appellant; Robert W. Schupp and Loren P. Oakes, of counsel. John A. Nordstrand, for appellees; Charles Gressing Culver and William C. Riley, of counsel.

Mr. Justice Gridley delivered the opinion of the court.